THE STATE OF OHIO, APPELLEE, *v.* ALESHIRE, APPELLANT.

[Cite as *State v. Aleshire,* 117 Ohio St.3d 402, 2008-Ohio-1272.]

(No. 2007–1865—Submitted March 12, 2008—Decided March 26, 2008.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Sarkozy,* 117 Ohio St.3d 86, 2008-Ohio-509, 881 N.E.2d 1224, the guilty plea is vacated, and the cause is remanded to the trial court for retrial.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, and O'DONNELL, JJ., concur.

LANZINGER, J., dissents.

CUPP, J., dissents and would dismiss the cause as having been improvidently accepted.

Lonnie J. Aleshire Jr., pro se.